UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

In Re

ARNOLD, ROBERT L.  Case No. 12-02155-MAM
ARNOLD, SHERYL SUE

    Debtor(s).

## ORDER DISALLOWING CLAIM

This matter came before the Court on the Trustee's Objection to Claim No. 000009 filed by CitiMortgage, Inc.. The objection was served upon all parties in interest with the negative notice legend informing them of their opportunity to object within 30 days of the date of service. No party filed a written objection stating a specific ground or grounds on which the objection is based within the time permitted. The Court considers the matter to be unopposed. Based upon the Objection, the Court finds that the claim should be disallowed.

Therefore, it is ORDERED that the Trustee's Objection to Claim No. 000009 filed by CitiMortgage, Inc. on November 7, 2012, in the amount of $254,702.55, is SUSTAINED, and the claim is DISALLOWED.

Dated: May 29, 2013

                                                MARGARET A. MAHONEY
                                                U.S. BANKRUPTCY JUDGE